UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 21-14225-CIV-CANNON

JOHNNIE T. MARCHISIO,

    Plaintiff,

v.

PSL DONUTS, LLC d/b/a DUNKIN DONUTS,

    Defendant.
_____/

## VERDICT FORM

1. Did Ms. Marchisio prove by a preponderance of the evidence that PSL Donuts failed to hire her?

        YES __✓__         NO _____

**If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.**

2. Did Ms. Marchisio prove by a preponderance of the evidence that PSL Donuts failed to hire her because of her age?

        YES __✓__ NO _____

**If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.**

1

3. Did Ms. Marchisio prove by a preponderance of the evidence that she has suffered lost wages as a result of PSL Donuts' conduct?

YES __✓__ NO_____

**If your answer is "No" to Question 3, do not answer Question 4 and proceed to Question 5.**

4. What amount of damages, if any, do you award to Ms. Marchisio on her claim for lost wages from the date of the failure to hire to the date of your verdict?

Amount $ __13,000__

5. Did Ms. Marchisio prove by a preponderance of the evidence that she has suffered emotional pain, mental anguish, and loss of dignity as a result of PSL Donuts' conduct?

YES __✓__ NO_____

**If your answer is "No" to Question 5, do not answer Question 6 and proceed to Question 7.**

6. What amount of damages, if any, do you award to Ms. Marchisio on her claim for emotional pain, mental anguish, and loss of dignity?

Amount $ __1000__

7. Did Ms. Marchisio prove by a preponderance of the evidence that PSL Donuts willfully violated the law? **Do not answer this question if your answer to Question 3 was "No."**

YES_____ NO __✓__

2

8. Did Ms. Marchisio prove by clear and convincing evidence that she is entitled to punitive damages because PSL Donuts engaged in intentional misconduct or gross negligence that resulted in a loss or injury to Ms. Marchisio? **Do not answer this question if your answer to Questions 3 and 5 were "No."**

YES_____ NO___✓___

9. What amount of punitive damages, if any, do you award to Ms. Marchisio? (Not to exceed $100,000)

Amount $____0____

SO SAY WE ALL.

███████████████
Foreperson's Signature

DATE: 9/22/22